RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
THEODOR O. OXHOLM
R. ORION DANJUMA

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-15

August 13, 2015

**By ECF and Email**

The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007
*Email*: sullivanNYSDchambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re:   *Liu v. The New York City Campaign Finance Board*, No. 14-cv-01687

Dear Judge Sullivan:

Pursuant to the Court's order of June 30, 2015 (Dkt. 48), the parties in the above-captioned action hereby submit this joint letter updating the Court on the status of the Campaign Finance Board's ("CFB") proposed rule changes and the status of this litigation.

Today, the CFB met and formally adopted the proposed rules that it had noticed earlier this summer. (The Notice was attached as Exhibit A to Plaintiffs' June 30, 2015 letter. Dkt. 47.) The rule changes will be published in the City Record within five business days; they become effective 30 days later (on or about September 21, 2015).

Defendants have informed Plaintiffs that they intend to file a motion to dismiss as moot the remainder of Plaintiffs' claims. Plaintiffs will oppose Defendants' motion. We write today to seek approval of a proposed briefing schedule on the motion. Defendants propose submitting their opening brief in support of the motion by October 2, 2015; Plaintiffs propose submitting their opposition brief on November 3, 2015; and Defendants will submit their reply brief on November 24, 2015.

With this briefing schedule in place, the parties agree that any discovery would remain stayed pending the determination of the motion.

SO ORDERED
Dated: 8/13/15
RICHARD J. SULLIVAN
U.S.D.J.

EMERY CELLI BRINCKERHOFF & ABADY LLP
Page 2

                                              Respectfully submitted,

                                              /s/

                                              Richard D. Emery
                                              Alison Frick
                                              David A. Lebowitz

c.        Corporation Counsel (*via ECF*)